The People of the State of New York, Respondent,
against
Chinara McIntosh, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered May 30, 2013, convicting her, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered May 30, 2013, affirmed. 
Our review of the record indicates that defendant's guilty plea was knowing, intelligent and voluntary. Defendant pleaded guilty to disorderly conduct, a violation, in exchange for a sentence of conditional discharge, in satisfaction of an accusatory instrument whose top count was attempted assault in the third degree, a class B misdemeanor. The plea occurred over ten months after arraignment, defendant had counsel on the case, who waived formal allocution, and defendant personally confirmed that she was pleading guilty voluntarily and understood that she was giving up the right to trial. Thus, the record as a whole establishes defendant's understanding and waiver of her constitutional rights, despite the absence of a full enumeration of all the rights waived (see People v Sougou, 26 NY3d 1052, 1054 [2015]; People v Simmons, 138 AD3d 520 [2016], lv denied 27 NY3d 1139 [2016]).
In any event, the only relief defendant requests is dismissal of the accusatory instrument, and she expressly requests that this Court affirm the conviction if it does not grant a dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see e.g. People v Teron, 139 AD3d 450 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 13, 2019